UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | Case No. 2:23-cv-1630-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| SHAMYLA FRAZIER, *et al.*, | |
| Defendants. | |

The court previously issued an order setting an initial scheduling conference for May 8, 2025, and directing defendants to file status reports by no later than April 24, 2025. ECF Nos. 24. Defendants Sheronda Davis and Sherinda Key have filed motions that ask the court to continue the scheduling conference to a date in September 2025, stating that they need additional time to make travel arrangements to attend the conference.[1] ECF Nos. 25 & 31. The initial scheduling conference will be conducted remotely via Zoom. Accordingly, there is no need for the parties to make travel arrangements. Nevertheless, the court will grant defendants Davis and Key's motion in part and continue the scheduling conference to May 29, 2025.

Also pending are defendant Brown's motions to join Sheronda Davis and Sherinda Key as parties to this case. Because Davis and Key are already named as defendants in this case,

---

[1] Both Davis and Key reside in Ohio.

Brown's motions are denied as unnecessary.

Accordingly, it is hereby ORDERED that:

1. Defendants Davis and Key's motions to continue the initial scheduling conference, ECF Nos. 25 & 31, are GRANTED in part.

2. The initial scheduling conference currently set for May 8, 2025, is continued to May 29, 2025, at 10:00 a.m. The conference will be conducted remotely via Zoom.[2]

3. Defendant Brown's motions to join additional parties, ECF Nos. 26 & 27, are denied as unnecessary.

IT IS SO ORDERED.

Dated:   May 2, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[2] The Zoom invitation will be distributed one week prior to the scheduling conference.