UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAMYLA FRAZIER, et al.,<br><br>        Defendants. | No.  2:23-cv-1630 TLN JDP<br><br>ORDER TO WITHDRAW FUNDS AND DISBURSE (Interest-Bearing Account – Interpleader) |

    This case came before the court on New York Life Insurance Company's interpleader complaint for leave to deposit certain insurance death benefits with the court, so that the potential beneficiaries of the subject policy – defendants Shamyla Frazier, Quillistine M. Brown, Sheronda Davis, and Sherinda Key – might settle and adjust amounts owed between themselves or, upon their failure to do so, that this Court could determine to whom the benefits should be paid.  ECF No. 1 at 2, 7.  On March 7, 2024, the court issued an order allowing $15,000 of interpleader funds to be placed in an interest-bearing court account.  ECF No. 21.  These funds were deposited into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.  The action was retained on the court's docket for resolution of claims to the

Interpleader Funds and distribution thereof, and the plaintiff insurance company was dismissed from the action. ECF No. 21 at 3.

On July 29, 2025, Frazier, Brown, Davis, and Key engaged in a settlement conference before Magistrate Judge Allison Claire to determine the disbursement of interpleader funds. ECF No. 37. An agreement was reached, and the material terms of that agreement were stated on the record and affirmed by each of the four defendants. Id. This oral agreement, which is binding on all parties, specifically contemplates the issuance of this court order directing the disbursement of interpleader funds in the manner set forth below, and the closing of the case. The parties also agreed to release each other and any other parties, known or unknown, from liability for any claims, known or unknown, arising from the subject insurance policy.

In accordance with the settlement agreement, IT IS HEREBY ORDERED that the Clerk of Court shall disburse the interpleader funds as follows.

1. **DOF Fees**: Pursuant to General Order 573, Section III B, a DOF fee for the management of investments and tax administration has been previously deducted from the interest earned on the funds deposited with the Court.
2. **Remaining Funds**: Remaining interpleader funds shall be distributed as follows:
    a. Two thousand, five hundred dollars ($2,500.00) to Sheronda Davis;
    b. Two thousand, five hundred dollars ($2,500.00) to Sherinda Key;
    c. The remainder to Quillistine Brown and Shamyla Frazier as follows:
        - Ninety percent (90%) to Quillistine Brown;
        - Ten percent (10%) to Shamyla Frazier.

The Clerk of Court is absolved of any liability by compliance with this Order. The issuance of this order memorializes the parties' settlement and concludes all substantive matters

////

////

////

2

1  in this case.  Accordingly, the Clerk of Court is DIRECTED to close this case.

2  IT IS SO ORDERED.

5  DATED: July 31, 2025

_____
TROY L. NUNLEY
CHIEF JUDGE
UNITED STATES DISTRICT COURT

11  DATED: July 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE